IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAKMNA NGO ET AL,<br><br>              Plaintiff,<br><br>   v.<br><br>DELTA AIRLINES INC.,<br><br>              Defendant.       / | No. C 13-04269 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: April 4, 2014 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is June 20, 2014.

DESIGNATION OF EXPERTS: Pltf: 5/20/14, Deft: 6/13/14; REBUTTAL: 7/7/14.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is August 4, 2014.

DISPOSITIVE MOTIONS **SHALL** be filed by August 15, 2014;

    Opp. Due August 29, 2014 ;  Reply Due September 5, 2014;

    and set for hearing no later than September 19, 2014 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 7, 2014 at 3:30 PM.

JURY TRIAL DATE: October 20, 2014  at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be  five  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Mediation shall occur by March 26, 2014.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 12/17/13

SUSAN ILLSTON
United States District Judge